UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ISAAC J. MULDROW, Crim. No. 11-101 (JLL)

## PETITION FOR WRIT OF HABEAS CORPUS

( x ) Ad Prosequendum        ( ) Ad Testificandum

1. ISAAC J. MULDROW (hereinafter the "Detainee") is now confined at the Essex County Jail.

2. The Detainee is charged in this District by Indictment with a violation of 18 U.S.C. §§ 922(g)(1) and 924(d)(1), and 28 U.S.C. § 2461(c).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the Martin Luther King, Jr., Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, before the Honorable José L. Linares, U.S. District Judge, on Thursday March 3, 2011, at 10:45 a.m., for purposes of an arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: February 28, 2011

José R. Almonte
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: February 28, 2011

_____
Hon. José L. Linares,
U.S. District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Jail:

WE COMMAND YOU that you have the body of

ISAAC J. MULDROW,

now confined at the Essex County Jail, brought before the United States District Court, the Hon. José L. Linares, U.S. District Judge, in the Martin Luther King, Jr., Federal Building & U.S. Courthouse at 50 Walnut Street, Newark, New Jersey, on Thursday, March 3, 2011, at 10:45 a.m., in civilian clothes, so that the Detainee may be present at an arraignment in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable José L. Linares,
United States District Judge
Newark, New Jersey.

DATED: 2/28/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk