UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ISAAC J. MULDROW, SBI#154956E

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum    ( ) Ad Testificandum

1. Isaac J. Muldrow (hereinafter the "Detainee") is now confined at the Essex County Jail, 354 Doremus Avenue, Newark, NJ 07105.

2. The Detainee is

   charged in this District by: (X) Indictment   ( ) Information   ( ) Complaint
   with a violation of Title 18 U.S.C. § 922(g)(1).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at Martin Luther King, Jr., U.S. Courthouse, 50 Walnut Street, Courtroom 5D, Newark, New Jersey, before the **Hon. Jose L. Linares, U.S. District Judge**, on Wednesday, November 16, 2011, at 10:00 am, for Sentencing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: November 9, 2011

José R. Almonte
Assistant U.S. Attorney
Petitioner

# ORDER

Let the Writ Issue.

DATED: 11/09/2011

_____
Hon. Jose L. Linares, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Jail:

WE COMMAND YOU that you have the body of

ISAAC J. MULDROW, SBI# 154956E

now confined at the Essex County Jail, brought before the United States District Court, the **Hon. Jose L. Linares, U.S. District Judge**, in the Martin Luther King, Jr., Courthouse, Courtroom 5D, Newark, NJ, on Wednesday, November 16, 2011 at 10:00 am, so that the Detainee may be presented for Sentencing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

   WITNESS the Honorable Jose L. Linares
   United States District Judge
   Newark, New Jersey.

DATED: 11/09/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk