PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Issac Muldrow                                         Cr.: 11-101-001
                                                                        PACTS #: 60650

Name of Sentencing Judicial Officer: Jose L. Linares

Date of Original Sentence: 01/10/12

Original Offense: Possession of a weapon by convicted felon

Original Sentence: 3 months imprisonment; 3 years supervised release

<u>Type of Supervision: Supervised Release</u>                    <u>Date Supervision Commenced: 4/23/12</u>

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On May 18 and 24, 2012, Muldrow tested positive for marijuana. On July 11, 2012, Muldrow admitted to smoking marijuana on July 4, 2012. |

U.S. Probation Officer Action:

We recommend that Muldrow participate in and complete Moral Reconation Therapy (MRT), which is a workshop facilitated by the probation office. MRT is a systematic, cognitive-behavioral, step-by-step treatment program that has resulted in significantly lower levels of rearrests and reincarcerations in participants by recognizing and changing negative and criminal thinking patterns. If Your Honor agrees with our plan, the probation office will also present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional noncompliance.

                                                        Respectfully submitted,
                                                                        Maureen
                                                        By: Amy J. Capozzolo Kelly
                                                            U.S. Probation Officer
                                                            Date: 07/12/12

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

                                                        _____
                                                        Signature of Judicial Officer

                                                        7/17/12
                                                        _____
                                                        Date