PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Isaac J. Muldrow                                                        Cr.:11-00101-001
                                                                                          PACTS Number: 60650

Name of Sentencing Judicial Officer:  Honorable Jose L. Linares

Date of Original Sentence: 01/10/12

Original Offense:  Possession of Weapon by Convicted Felon

Original Sentence:  3 months imprisonment; 36 months supervised release

Type of Supervision: Supervised Release                          Date Supervision Commenced: 04/23/12

### PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

**COMMUNITY SERVICE   (25 hours over 5 months)**

You shall contribute 25 hours of community service work over a period of 5 months or less, from the date the modification is granted. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

**RESIDENTIAL REENTRY CENTER PLACEMENT  (15 days to be served on the weekends)**

You shall reside for a period of 15 days in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not be eligible for weekend privileges. You shall not pay subsistence as required by the program.

### CAUSE

On September 11, 2013 and January 23, 2014, Muldrow admitted to marijuana use and signed Drug Admission Form. In addition, he disregarded probation officer's instructions to attend NA meetings and participate in literacy program. He failed to report change of employment within 72 hours, and  provide his new telephone number.

Respectfully submitted,

By: Elisa Martinez
    Senior U.S. Probation Officer
Date: 10/29/14

Carolee Ann Azzarello
2014.11.03
12:47:13 -05'00'

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/5/2014
Date